CF Entertainment, Inc.
                    Plaintiff,

v.                                      Case No.: 1:20−cv−02393
                                                   Honorable Steven C. Seeger

The Nielsen Company (US), LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 17, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant's motion to stay (Dckt. No. [51]) is hereby granted. Discovery is hereby stayed pending a ruling on the motion to dismiss. This ruling includes initial disclosures and the Rule 26(f) conference. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.