UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

CF Entertainment, Inc.
                              Plaintiff,

v.                                                   Case No.: 1:20−cv−02393
                                                                 Honorable Steven C. Seeger

The Nielsen Company (US), LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 10, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The agreed motion to stay the filing of an answer (Dckt. No. [80]) is hereby granted. The Court stays the obligation to answer the complaint, pending the anticipated filing of a motion for leave to file an amended complaint. Nielsen seeks an extension until "fourteen (14) days after the Court adjudicates CF Entertainment's anticipated motion for leave to amend its complaint." But if CF Entertainment files a motion for leave to file an amended complaint, and the Court grants it, then CF Entertainment would file an amended complaint. And that filing would trigger a new set of deadlines under the Federal Rules. And it might lead to a motion to dismiss, not an answer. So, fourteen days after the Court rules on a motion for leave to amend the complaint does not seem like the right deadline, because it would inevitably lead to another round of moving the goalposts. The motion for entry of the stipulated briefing schedule (Dckt. No. [83]) is hereby granted. CF Entertainment's motion for leave to file an amended complaint is due by October 9, 2023. A response is due by October 30, and a reply is due by November 13. Nielsen's obligation to answer the complaint is stayed in the meantime. If the Court grants the motion for leave to file an amended complaint, then the run−of−the−mill deadlines under the Federal Rules will apply for a motion to dismiss and/or an answer. If the Court denies the motion for leave to file an amended complaint, then the answer will be due 14 days later. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.